BEFORE THE SECOND DIVISION, FEBRUARY 19, 1963

No. 67446.—Universal Builders Supply Co., Inc. *v.* United States, protest 58/12044 (Tampa).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67447.—Winter, Wolff & Co., Inc. *v.* United States, protest 62/1901 (Los Angeles).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of nails, made of iron or steel, not less than 1 inch in length and not smaller than sixty-five one-thousandths of 1 inch in diameter, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 19, 1963

No. 67448.—Swissedent International and Hoyt, Shepston & Sciaroni *v.* United States, protests 61/20607, 61/22640, and 61/23104 (San Francisco).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of candulor shade guides similar in all material respects to those the subject of *Swissedent International* and *Hoyt, Shepston & Sciaroni* v. *United States* (47 Cust. Ct. 174, C.D. 2298), the claim of the plaintiffs was sustained.